UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. 4:10-CR-00787 |
| | § | |
| ALIREZA ETESSAMI | § | |

## AMENDED ORDER

Defendant Alireza Etessami's motion to travel is granted. Defendant may travel from Houston to New York from October 28, 2012 and return to Houston, November 4, 2012. Defendant is also permitted to travel to the Miami and Weston areas in Florida on December 13, 2012 returning to Houston on January 2, 2013. Defendant will abide by all conditions of bond and check-in with U.S. Pretrial Services before departing and upon returning to Houston.

SIGNED this the _____ day of _____, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE