UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-10-787-2 |
| ALIREZA ETESSAMI | § § § | |

## ORDER

On this day came to be heard the Government's Agreed Motion for Continuance. After considering the Government's Motion, the Motion is hereby GRANTED.

Accordingly, the hearing on Defendant's Rule 15 Motion to Depose Witnesses is reset to: _Nov 9, 2012 at 3:00 p.m._.

Done at Houston, Texas, on _Oct. 24, 2012_.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE