JUDGE_____SIM LAKE_____

CASE MANAGER__A. BOYD_____    RPTR/TAPE__F. WARNER___

LAW CLERK__C. PRUETER_____    INTERPRETER_____

TIME_____/_____A.M.   3:00 / 3:30 P.M.           DATE___Nov. 9, 2012___
       begin   end    begin   end

CR. NO. __4-10-787_____

| UNITED STATES OF AMERICA | § | Robert Johnson |
| vs. | § | |

| Deft. No. | Deft. Name | | | |
|---|---|---|---|---|
| 2 | Alireza Etessami | § | Kent Schaffer | CJA |
| | | § | | CJA |
| | | § | | CJA |
| | | § | | CJA |
| | | § | | CJA |
| | | § | | CJA |

## HEARING

✓   Hearing held on <u>Defendant's Motion to Depose Witnesses Pursuant to Rule 15(a)</u>

___  **Evidence presented** (exhibits admitted or testimony given) on:_____

___  All motions not expressly decided are denied without prejudice to being reurged.
     Jury trial set _____ at _____.
___  Deft_____ bond set/reduced to $_____ _____Cash _____Surety ___10% ___ PR.
___  Deft_____ failed to appear, bench warrant to issue.
___  Deft_____ bond _____continued _____forfeited.
___  Deft_____ remanded to custody.

OTHER RULINGS  [295] Defendant's Motion to Depose Witnesses Pursuant to Rule 15(a) is GRANTED as to Denny Martinez and Guillermo Nones and DENIED as to William Alvarado and Gustavo Gimeno, for the reasons stated on the record.

Ten days before the deposition, each side will identify and serve on the other side copies of documents to be relied on in the deposition. If the documents are not in English, each side will translate the documents before serving the documents on the other side.

The parties provide a status report to the court by December 5, 2012.

The Speedy Trial Act is tolled until further notice, for the reasons stated on the record.